68£ NEBRASKA REPORTS. [VOL. 94

Deppe v. Colfax County. Wahlquist v. Adams County.

JOSEPH DEPPE, APPELLEE, V. COLFAX COUNTY, APPELLANT.

FILED DECEMBER 4, 1913. No. 17,632.

APPEAL from the district court for Colfax county: GEORGE H. THOMAS, JUDGE. *Affirmed.*

W. I. *Allen* and B. F. *Farwell*, for appellant.

A. E. *Garten* and George W. *Wertz*, contra.

LETTON, J.

This is an action for personal injuries sustained by the plaintiff in the same accident involved in the case of *Peitzmieier v. Colfax County, ante*, p. 675. The two cases were argued and submitted together, the same alleged errors being relied upon. The decision in that case controls this. The judgment of the district court is

AFFIRMED.

BARNES, ROSE and SEDGWICK, JJ., not sitting.